No. 529. FLEMING, ADMINISTRATOR, WAGE & HOUR DIVISION, U. S. DEPARTMENT OF LABOR *v.* LOWELL SUN CO. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Assistant Solicitor General Fahy* and *Mr. Gerard D. Reilly* for petitioner. *Mr. Elisha Hanson* for respondent.

No. 602. ALABAMA *v.* KING & BOOZER, A PARTNERSHIP, ET AL.; and

No. 603. CURRY, COMMISSIONER OF REVENUE, *v.* UNITED STATES ET AL. October 13, 1941. Petitions for writs of certiorari to the Supreme Court of Alabama granted. MR. JUSTICE JACKSON took no part in the consideration and decision of these applications. *Messrs. Thomas S. Lawson,* Attorney General of Alabama, *John W. Lapsley,* and *J. Edward Thornton,* Assistant Attorneys General, for petitioners. *Assistant Solicitor General Fahy* and *Mr. Fred L. Blackmon* for respondents. Reported below: 241 Ala. 557, 569; 3 So. 2d 572, 582.

No. 962, October Term, 1940. MARTIN M. GOLDMAN *v.* UNITED STATES;

No. 963, October Term, 1940. SHULMAN *v.* UNITED STATES; and

No. 980, October Term, 1940. THEODORE GOLDMAN *v.* UNITED STATES. See *post,* p. 704.